UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND G. LEE,                         )     NO. EDCV 07-0935-MAN
                                        )
              Plaintiff,                )
                                        )     JUDGMENT
        v.                              )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner Social Security,           )
                                        )
              Defendant.                )
_____ )

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: March 30, 2009


                            _____/s/_____
                                  MARGARET A. NAGLE
                            UNITED STATES MAGISTRATE JUDGE